UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RODRIGO MOSQUERA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:17-CV-7 |
| § | |
| DAMON HININGER, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 29, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 175), recommending that all claims against Defendants Michael Sizemore, Fidencio Cacique, John Crenshaw, Francisco Montalvo, and Krystal Olivarez be dismissed for failure to comply with discovery, pursuant to FED. R. CIV. P. 37(b). Furthermore, the Magistrate Judge recommended the entry of a take-nothing judgment against Mosquera as to any claims made against Sizemore, Cacique, Crenshaw, Montalvo, and Olivarez.

Written objections were to be filed by February 13, 2019. No party has filed any objections. After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that all claims against Defendants Michael Sizemore, Fidencio Cacique, John Crenshaw, Francisco Montalvo, and Krystal Olivarez are **DISMISSED** for failure to comply with discovery, pursuant to FED. R. CIV. P. 37(b); and

**ORDERED** that Plaintiff Mosquera take nothing on all of his claims alleged against Defendants Michael Sizemore, Fidencio Cacique, John Crenshaw, Francisco Montalvo, and Krystal Olivarez.

SIGNED this 19th day of March, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge