UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RODRIGO MOSQUERA, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-7 |
| | § | |
| DAMON HININGER, *et al.*, | § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 31, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 178), recommending that all claims against Defendants Damon Hininger, Dale Wainwright, Orlando Perez, Erica L. Briones, and Jacob Guerra be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Written objections were to be filed by February 13, 2019. No party has filed any objections. After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that all claims against Defendants Damon Hininger, Dale Wainwright, Orlando Perez, Erica L. Briones, and Jacob Guerra are **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

SIGNED this 19th day of March, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge