UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RODRIGO MOSQUERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-7 |
| | § | |
| DAMON HININGER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 21, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 181), recommending that all claims against Defendants Oscar Mendoza, Santos Lozano, and Paul Arguijo be dismissed with prejudice for want of prosecution, pursuant to FED. R. CIV. P. 41(b).

Written objections were to be filed by March 7, 2019. No party has filed any objections. After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that all claims against Defendants Oscar Mendoza, Santos Lozano, and Paul Arguijo are **DISMISSED** with prejudice for want of prosecution, pursuant to FED. R. CIV. P. 41(b).

SIGNED this 19th day of March, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge